### Edw^D Howard vs Ship Duke

The Court being opened

The Libel etc was read in Court.

The Respondents Plea to the Jurisdiction of the Court was Ent^d Accordingly the Court was adjourned untill Nine o Clock in the morning. And opened accordingly. And adjourned untill Wensday Next at Ten o Clock A. M. on Wensday the 31st of August the Court was opened His Hon^r the Dep: Judge the Plea: Martin Howard was Sworn in Court.

Accordingly the Court was adjourned untill further notice.

### Thomas Henderson and Benjamin Almy, *et al.* vs. Sloop *Kingston,* 1748

Per M^r Robinson
Pro Respondent

At a Court of Vice Admiralty Held at Newport in the Colony of Rhode Island on Friday the Twenty Sixth of August A. D. 1748

Present the Hon^ble W^m Strengthfield Esq^r D. Judge